UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY CLERK'S OFFICE, et. al.,<br><br>    Defendants. | Case Nos. 22-cv-1014-PJH<br>22-cv-1023-PJH<br>22-cv-1025-PJH<br>22-cv-1027-PJH<br>22-cv-1028-PJH<br>22-cv-1118-PJH<br>22-cv-1511-PJH<br>22-cv-1512-PJH<br>22-cv-1513-PJH<br>22-cv-1514-PJH<br>22-cv-1515-PJH<br>22-cv-1516-PJH<br>22-cv-1529-PJH<br>22-cv-1530-PJH<br>22-cv-1545-PJH<br><br>**JUDGMENTS** |

Pursuant to the order of dismissal signed today these cases are dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: March 14, 2022

          /s/ Phyliss J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

T:\PJHALL\_psp\2022\Bonilla '22\Bonilla Judgments3.docx